JOHN L. BURRIS, Esq./ State Bar #69888
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile:  (510) 839-3882
Email; john.burris@johnburrislaw.com

STEVEN R. YOURKE Esq./State Bar #118506
LAW OFFICES OF STEVEN R. YOURKE
828 Franklin Street, #706
San Francisco, CA  94102
Telephone: (415) 441-4628
Email: stevenyourke@comcast.net

Attorneys for Plaintiff
STEVEN R. YOURKE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN R. YOURKE, ESQ. | Case No. C 03-3105 CRB |
| Plaintiff,, | POINT OF CLARIFICATION AND (PROPOSED) ORDER |
| Vs. | |
| CITY & COUNTY OF SAN FRANCISCO | |
| Defendants. _____/ | |

**PLEASE TAKE NOTICE THAT** Plaintiff Steven R. Yourke, Esq. is an attorney of record in the above-captioned action in which he is associated with John L. Burris, Esq., who is lead counsel for Plaintiff. Mr. Yourke's California State Bar No. is 118506; his address is 828 Franklin Street, #706, San Francisco, California, 94102; his phone number is (415) 441-4628; his e-mail is stevenyourke@comcast.net.

///

Dated: June 15, 2006                                /S/
                                                    Steven R. Yourke, Esq.

Dated: June 15, 2006                                /S/
                                                    John L. Burris, Esq.

## **ORDER**

GOOD CAUSE APPEARING, IT IS SO ORDERED that Steven R. Yourke be listed as an attorney of record in the matter C 03-3105 CRB.

Dated:   June 16, 2006                              _____
                                                    Honorable Charles R. Breyer
                                                    United States District Judge

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, signed Judge Charles R. Breyer]*