IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN YOURKE,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>    Defendants.<br>_____/ | No. C 03-03105 CRB<br><br>**ORDER AND STAY** |

    Now pending before the Court is a second round of cross motions for summary judgment in this matter. On September 3, 2004, the Court denied plaintiff's motion for summary judgment on his <u>Monell</u> claim and granted summary judgment for defendants on plaintiff's false arrest claim. On February 23, 2006, the Court issued a Memorandum and Order in a related case, <u>Mary Bull, et al. v. City and County of San Francisco, et al.</u>, No. C 03-1840 CRB, which included a determination as to qualified immunity. As a result of that Order, plaintiff moved for partial summary judgment in this matter. Thereafter, defendants cross-moved for summary judgment as to all claims. The Memorandum and Order denying qualified immunity in <u>Bull</u> is presently on appeal before the Ninth Circuit.

//

//

1  Good cause appearing, the Court hereby DENIES all motions without prejudice. The
2 parties may re-notice their motions for summary judgment after the Ninth Circuit issues its
3 decision in Bull. All discovery shall be stayed until further notice from the Court.
4  **IT IS SO ORDERED.**

Dated: June 27, 2006

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE