IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STEVEN YOURKE,

    Plaintiff,

v.

CITY & COUNTY OF SAN FRANCISCO et al.,

    Defendants.

No. C 03-03105 CRB

**ORDER**

Now pending before the Court is plaintiff's Motion for Leave to File a Second Amended Complaint. After carefully considering the parties' memoranda, as well as the current posture of the lawsuit, the Court finds that oral argument is unnecessary pursuant to Local Rule 7-1(b). Plaintiff's motion is hereby DENIED without prejudice to re-noticing the motion after the Ninth Circuit has issued an opinion in the parallel class action, <u>Bull v. City and County of San Francisco</u>, Case No. C 03-1840 CRB. To conserve judicial resources, this lawsuit is hereby STAYED in its entirety pending the Ninth Circuit's decision in <u>Bull</u>.

**IT IS SO ORDERED.**

Dated: July 25, 2006

                       CHARLES R. BREYER
                       UNITED STATES DISTRICT JUDGE

G:\CRBALL\2003\3105\order 4 amend.wpd