1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  ROBERT A. BONTA, State Bar #202668
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, 6th Floor
5  San Francisco, California 94102-5408
   Telephone:     (415) 554-4268
6  Facsimile:     (415) 554-3837
   E-Mail:        robert.bonta@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
SAN FRANCISCO SHERIFF'S DEPARTMENT,
SAN FRANCISCO COUNTY SHERIFF MICHAEL HENNESSEY,
ROBERT GALLOT and RICHARD JONES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| STEVEN YOURKE, ESQUIRE,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, Sheriff MICHAEL HENNESSEY, Deputy Sheriff ROBERT GALLOT, Police Officer RICHARD JONES,<br><br>Defendants. | Case No. C03-3105 CRB<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Hearing Date:    July 16, 2010<br>Time:            8:30 a.m.<br>Place:           Crtrm 8, 19th floor<br><br>Trial Date:      Not Set |
|---|---|

Stip and Order Continuing CMC
Case No. C03-3105 CRB

1   The parties are set for a Case Management Conference on Friday, July 16, 2010 at 8:30
2   a.m.  Counsel for the defendants are not all available on Friday, July 16, 2010 at 8:30 a.m.
3   Accordingly, the parties jointly request and stipulate that the Case Management Conference be
4   continued to Friday, July 23, 2010 at 8:30 a.m.

6   Dated:  July 2, 2010                    DENNIS J. HERRERA
                                            City Attorney
7                                           JOANNE HOEPER
                                            Chief Trial Attorney
8                                           ROBERT A. BONTA
                                            Deputy City Attorney
9
10                                          By:  s/Robert A. Bonta
                                            ROBERT A. BONTA
11                                          Attorneys for Defendants

12  Dated:  July 2, 2010                    STEVEN R. YOURKE, ESQ.
13
                                            By:  s/Steven R. Yourke
14                                          STEVEN R. YOURKE,

15                                          Plaintiff In Pro Per

16
17                                       **ORDER**

18      The Case Management Conference currently set for July 16, 2010 at 8:30 a.m. is
19  continued to July 23, 2010 at 8:30 a.m.
20      IT IS SO ORDERED.

22  Dated:   July 9, 2010

                                            _____
                                            HONORABLE CHARLES R. BREYER
                                            UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

Stip and Order Continuing CMC            1
Case No. C03-3105 CRB